# **EXHIBIT 4**

October 31, 2007

Mr. John Bowerman, ACMA

RE: Items to Commission/Fix ACMA Filler

John, I am following up on your conversation with Bill Hunt relative to the ongoing problems with the filler.

## CAPPER

### Problems:

1. Capper continuously fails after three to four weeks of operation. To date the following capper servo motors have failed:
   a. #1 one time.
   b. #8 one time.
   c. #9 one time.
   d. #10 two times.
   e. #11 two times.
   
   This is a total of seven failures. ACMA has paid for three of these and Surefil has purchased four. Currently, #8 has a single turn motor on it, which is out of specification and will not work with the recommended fix for the capper air vacuum system (replumbing).

   The line was down for 2.5 days this past weekend. None of the solutions provide by your people in Virginia or Italy resolved the problem.

2. Wiring channels are too small and have sharp edges that are cutting the wires and causing them to short. Please see pictures in an email to follow.
3. Bearings continue to corrode.
4. Poor air vacuum/suction.

### Needs:

1. **Cause of the failures needs to be clearly identified and corrected.**
2. **Replace #8 with a dual turn motor.**
3. **Italy is saying there is a hardware fault in the power supply or the max4 driver board. This is a hardware issue and must be replaced.**
4. **Surefil believes the servo motors could be undersized.**
5. **While the bushings have been redesigned and fixed there is the possibility that all of the current servo motors are "stressed" and will fail prematurely.**
6. **Jon Paulo noted the vacuum design for the tubing is not appropriate. As with other Unilever machines in Europe, the vacuum needs to be direct plumbed into the capper vacuum. #2 above must be accomplished before this can happen.**
7. **The vacuum cups were supplied glued into the vacuum blocks. Hence, there was no way to replace the cup without significant loss and downtime.**

The vacuum block has been retapped and new suction cups purchased, all at Surefil's cost.
8. The ring on the air switches that fires the vacuum blocks and engages the vacuum are barely functional. This needs to be removed and refabricated.
9. Wiring channels need to be reengineered better protected to eliminate the fraying/cutting of the wires.
10. Need to resolve bearing corrosion problem with a better sealed design.

### CAMERA FUNCTION

#### Problems:

1. The Omron camera does not work. The error/fault message says it is not working. This has been confirmed by your people in Italy and appears to be an ongoing problem with this make of camera.
2. The camera will not retain/hold the program.

#### Needs:

Cause of the failures needs to be clearly identified and corrected. We need a solution by at least November 7, as we are running a product that requires it. This should be covered under warranty.

### CHANGE PARTS

#### Problem

Change parts of one product were labeled incorrectly and poorly made. As a result, we lost a $2.0 million per annum contract.

### DOCUMENTATION

#### Problems:

1. Trouble shooting guide is weak, contains spelling errors and is incomplete.
2. Preventative maintenance program documentation is incomplete.

#### Needs:

1. **Spelling errors need to be corrected and failure codes need to be expanded and more specific (i.e. failure code 100 can represent just about anything).**
2. **Preventative maintenance program needs to be reviewed and updated to include correct procedures and photos.**

### FILLER SPEED

#### Problem

Filler speed restricted to 240 bottles per minute max.

**Need**

Ability to Increase the maximum allowable speed increased to 300 bottles per minute.

John, these problems are costing us time, money and most importantly the loss of business due to our inability to meet attainment. Lost business is approaching $10.0 million per year and climbing as a result of the 2 month delivery delay of the filler and the ongoing problems that are preventing the full commissioning of the line.

We have three options going forward:

1. Delay payments two and three by 12 months until we have the line fully commissioned and we are able to replace the lost volume.
2. Reduce the purchase price so that there is only one payment of $100,000 remaining that we would pay in full once the line is satisfactorily commissioned.
3. The extra commissioning moneys are off the table as the machine has not functioned.
4. Begin the conversation regarding damages for the lost revenue and the labor and other expenses incurred by us to get the line running.

Our preference is options one or two, but we are fully prepared for option four if necessary.

Please call me to discuss this further.

Sincerely,


Craig R. Courts
Chief Financial Officer