IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

ACMA USA, INC.,

       Plaintiff,

v.                                           Case No. 3:08CV071

SUREFIL, LLC,

                                             HON. HENRY E. HUDSON

       Defendant,

## FINANCIAL DISCLOSURE UNDER LOCAL RULE 7.1
## FOR DEFENDANT SUREFIL, LLC

COMES NOW Defendant SUREFIL, LLC, by counsel, under Local Rule 7.1(A)(1)(b), reports that it has the following members and manager:

    Members:

    William B. Hunt
    1959 San Lu Rae Dr. SE
    East Grand Rapids, MI 49506

    R. T. Groos, LLC
    15 Ionia Ave. SW, Ste. 505
    Grand Rapids, MI 49503

    Robert S. Creswell Trust
    4319 Valleyside Ct. NE
    Grand Rapids, MI 49525

    Valleyside Investments LLC
    4319 Valleyside Ct. NE
    Grand Rapids, MI 49525

    David L. Porteous
    4393 S. 220th Ave.
    Reed City, MI 49667

Manager:

W B Hunt Corp.
1959 San Lu Rae Dr. SE
East Grand Rapids, MI 49506


SUREFIL, LLC,


By /s/ Bruce M. Marshall
Of Counsel

Bruce M. Marshall, Esquire (VSB #18093)
Christine A. Williams, Esquire (VSB #47074)
DurretteBradshaw, PLC
600 East Main Street, 20th Floor
Richmond, Virginia 23219
Telephone: (804) 775-6900
Facsimile: (804) 775-6911
bmarshall@durrettebradshaw.com
cwilliams@durrettebradshaw.com


**CERTIFICATE OF SERVICE**

I herby certify that on this 26th day of March, 2008, I will electronically file the foregoing Financial Disclosure of Surefil, LLC, with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to:

W. R. Baldwin, III, Esquire
W. Reilly Marchant, Esquire
Marchant, Honey & Baldwin
5600 Grove Avenue
Richmond, Virginia 23226


/s/ Bruce M. Marshall