IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

ACMA USA, INC.,

        Plaintiff,

v.                                                    Civil Action No. 3:08CV0071

SUREFIL, LLC,

        Defendant.

## DEFENDANT'S MOTIONS IN LIMINE

COMES NOW Defendant/Counterclaim Plaintiff, Surefil, LLC, ("Surefil"), by counsel, and hereby moves the Court to grant the following Motions in Limine:

1. Defendant's Motion in Limine to Exclude Evidence Regarding Alleged Surefil Disputes With Other Vendors

2. Defendant's Motion in Limine to Exclude Evidence Regarding the Purported Waiver of Any Warranties

on the grounds set forth in the individual Memoranda in Support filed herewith for each Motion.

WHEREFORE, Surefil, LLC, by counsel, respectfully asks the Court to grant its Motions in Limine.

SUREFIL, LLC,

By /s/ Bruce M. Marshall
Of Counsel

Bruce M. Marshall, Esquire (VSB #18093)
Christine A. Williams, Esquire (VSB #47074)
DuretteBradshaw, PLC
600 East Main Street, 20th Floor
Richmond, Virginia 23219
Telephone: (804) 775-6900
Facsimile: (804) 775-6911
bmarshall@durrettebradshaw.com
cwilliams@durrettebradshaw.com
Counsel for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of September, 2008, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to:

W. R. Baldwin, III, Esquire
W. Reilly Marchant, Esquire
Marchant, Honey & Baldwin
5600 Grove Avenue
Richmond, Virginia 23226

/s/ Bruce M. Marshall
Bruce M. Marshall
DuretteBradshaw, PLC
600 East Main Street, 20th Floor
Richmond, Virginia 23219
Telephone: (804) 775-6900
Facsimile: (804) 775-6911
bmarshall@durrettebradshaw.com