**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

ACMA USA, INC.

      Plaintiff/Counter-Defendant,

v

SUREFIL, LLC,

      Defendant/Counter-Plaintiff.

Case No. 3:08CV0071

**HON. HENRY E. HUDSON**

## DEFENDANT'S EXHIBIT LIST

Pursuant to Schedule A of the Court's Pretrial Scheduling Order, Defendant/Counterclaim Plaintiff, Surefil, LLC ("Surefil"), by counsel, identifies the following exhibits it may offer at trial:

    A.    8/28/06 ACMA Quotation No. MVIN2K5N189 Rev. 6 – for Monoblock Mod. M05 28/12-150 with Electronic Capper (marked as Rule 26-004203 - 004217)

    B.    9/29/06 ACMA Quotation No. MVIN2K5N189 Rev. 7.1.1 – for Monoblock Mod. M05 28/12-150 with Electronic Capper (marked as Rule 26-004265 - 004276)

    C.    9/29/06 Surefil Purchase Order #100254 (marked as ACMA page 1194 of 1407)

    D.    10/6/06 ACMA Order Confirmation N. 326 Rev. 0 – for Monoblock Mod. M05 28/12-150 with Electronic Capper (marked as Rule 26-004154 - 004167)

    E.    11/13/06 Email from Alessandra Ferrari to John Bowerman re: Surefil order confirmation (marked as ACMA page 387 of 5092)

    F.    12/7/06 Letter from John Bowerman to Martin Chism enclosing final proposal (marked as ACMA page 22 of 1407)

G. 1/1/07 Manufacturing Agreement between Surefil, LLC, and Conopco, Inc., d/b/a Unilever (marked as Rule 26-004966 - 004982) (Confidential)

H. 1/10/07 Email from John Bowerman to Alessandra Ferrari and Guiseppe Marcanti re: Surefil, LLC (from ACMA's "pst" production on August 13, 2008)

I. 1/31/07 Email from John Bowerman to Guiseppe Marcanti and Neil Adams re: Surefil, LLC (marked as ACMA page 431 of 1407)

J. 2/7/07 Email from Alessandra Ferrari to Doug Anderson re: Corniana line bottle filler (marked as Rule 26-002881 - 002886)

K. 2/12/07 Email from Alesandra Ferrari to Bill Hunt, Martin Chism, Ann Guizzardi, et al., re: Monoblock filler capper M05 28/12-150 s/n 1132M1 (marked as ACMA page 399 of 1407)

L. 3/26/07 Surefil Purchase Order #100272C (marked as Rule 26-004718 – 004721)

M. 4/4/07 Email from Tommy Hench to Greta Toffoli re: request/progress (marked as ACMA page 1617 of 5092)

N. 4/8/07 – 4/16/07 Service Report for Bill Fenner, Tommy Hench, Busi and Petro (marked as Rule 26-002103)

O. 4/12/07 Email from Bill Hunt to Alessandro Ferrari and Bob Farmer re: Surefil (marked as Rule 26-002894 - 002895)

P. 4/19/07 Email from Mary Sparks to Shannon Shelton re: Surefil (marked as ACMA page 4442 of 5092)

Q. 4/24/07 Email from Bruno Mezzadri to Mary Childress re: Surefil spare parts (marked as ACMA page 3061 - 3062 of 5092)

R. 5/1/07 Email from Tommy Hench to Gale Allen and Mark Creswell re: cap sorter (marked as Rule 26-004702 - 004703)

S. 6/12/07 Surefil Debit Memo re: Omron Vision System (marked as Rule 26-002196)

T. 5/21/07 Email from Martina Vincenzi to Martin Chism re: Surefil filler (1 page)

U. 5/21/07 Email from John Bowerman to Martina Vincenzi re: Surefil's ACMA filler (marked as ACMA pages 272 - 273 of 5092)

V. 5/22/07 Email from Emanuele Saccani to Tommy Hench re: Ethernet-zip files (marked as ACMA page 1303 - 1304 of 1407)

W. 5/22/07 ACMA / GD Service Order for Tommy Hench (from Hench "Notebook" produced on August 13, 2008)

X. 6/3/07 Email exchange between Bill Hunt, Bob Farmer, and Neil Adams re: M05 28/12-150-Urgent (marked as Rule 26-002870)

Y. 6/5/07 Email from Tommy Hench to Bob Farmer re: M05 28/12-150-Urgent (marked as Rule 26-004694-004695)

Z. 6/8/07 Email from Tommy Hench to John Bowerman re: Surefil 28/12-150 (marked as ACMA page 1358 – 1359 of 5092)

AA. 6/8/07 Email from Bill Fenner to Tommy Hench re: Surefil trip (from ACMA "pst" production on August 13, 2008)

BB. 6/10/07 – 6/23/07 ACMA / GD Service Order for Tommy Hench (marked as ACMA page 1370 of 1407)

CC. 6/11/07 Email from Bill Hunt to Tommy Hench re Surefil M05 28/12-150 (marked as ACMA page 4781 of 5092)

DD. 6/11/07 Email from Bill Hunt to Bill Fenner, Bob Farmer, John Bowerman, and Ettori Bandieri re: Surefil trip – Very Urgent (marked as Rule 26-002871 – 002873)

EE. 6/12/07 Email from Emanuele Saccani to Bill Fenner, and Tommy Hench re: Surefil test (marked as ACMA page 1781 of 5092)

FF. 6/13/07 Email from Greta Toffoli to Bill Fenner re: Surefil manuals (marked as ACMA page 1598 of 5092)

GG. 6/28/07 to 7/2/07 ACMA / GD Service Order for Bill Fenner and Emanuele Saccani re: Surefil personnel training (marked as ACMA page 1382 of 1407)

HH. 6/30/07 Email from Bill Hunt re: Manufacturing Facility Improvements (marked as Rule 26-004637 – 004638)

II.       7/3/07 Email from Bruno Mezzadri to Bill Fenner and Martin Chism re Surefil Capper Motor Failure (marked as Rule 26-002874-2875)

JJ.      7/17/07 Email from Dave Shinn to Bill Hunt re: Surefil – revised 2007 plan (marked as Rule 26-004690 - 004691)

KK.     8/13/07 Email from Janet Baroody to Martina Vincenzi, Alessandra Ferrari, Georgio Rossetto, Emanuele Saccani, and Claudio Urbani re: Surefil capper motor failure (2 pages)

LL.     8/13/07 Email from Martin Chism to Lucia DeStefani re: Surefil's filler (marked as Rule 26-003092 - 003093)

MM.   9/2/07 to 9/17/07 ACMA/GD Service Order for Tommy Hench (marked as ACMA page 1396 - 1397 of 1407)

NN.    9/3/07 Email from Guiseppe Marcanti to John Bowerman re: ACMA USA training session & Unilever Baltimore Start-up (marked as ACMA page 2618 - 2620 of 5092)

OO.    9/10/07 Email from Martin Chism to Alessandra Ferrari, Martina Vincenzi and John Bowerman re: Surefil's ACMA filler (marked as ACMA page 700 of 1407)

PP.     9/11/07 Email from Bill Hunt to Martina Vincenzi, Martin Chism, Bruce Houseman, Chris Depoy, and Larry Davis re: specs for the 16-ounce "Dove" bottle (marked as ACMA page 1288 - 1289 of 1407)

QQ.    9/11/07 Email from Martin Chism to Greta Toffolo re: Errors on Surefil's filler PLC (marked as ACMA page 693 of 1407)

RR.     9/11/07 Email from Bill Fenner to Emanuele Saccani re: Surefil's ACMA/GD Filler (marked as ACMA page 1190 of 5092)

SS.     9/11/07 Email from Guiseppe Marcanti to Ettore Bandieri re: URGENT: Surefil (marked as ACMA page 1253 – 1256 of 1407)

TT.     9/11/07 Email from Guiseppe Marcanti to John Bowerman re: URGENT: Surefil (marked as ACMA page 1249 – 1251 of 1407)

UU.    9/11/07 Email from Bill Fenner to Georgio Rossetto, Georgio Benazzi, and Martina Vincenzi re: Surefil (marked as ACMA page 1261 of 1407)

VV. 9/15/07 Email from Bill Fenner to Tommy Hench and John Bowerman re: Surefil 9/14 (from ACMA's "pst" production on August 13, 2008)

WW. 9/21/07 Email from John Bowerman to Martin Chism re: Omron Camera (marked as Rule 26-002936)

XX. 10/2/07 Email from Bill Hunt to Martin Chism and Alessandra Ferrari re: Capper Change Parts (marked as Rule 26-004712)

YY. 10/4/07 Email from Martina Vincenzi to Bruce Houseman re: 12 ounce "Caress" cap size parts (marked as Rule 26-003015 - 003017)

ZZ. 10/5/07 & 10/6/07 Surefil, LLC, Report of Commissioning (marked as Rule 26-004633 - 004636)

AAA. 10/5/07 Email from Bill Fenner to Gianpaolo Gallina and Emanuele Saccani re: GALLINA/GIANPAOLO 05OCT BWI (marked as ACMA page 1631 of 5092)

BBB. 10/6/07 ACMA / Corniana – Ocea Intervention Report by Gianpaolo Gallani and Emanuele Saccani (marked as ACMA page 1143 - 1144 of 1407)

CCC. 10/16/07 Email from Tommy Hench to Guiseppe Marcante re: Resignation – 2 Week Notice (marked as ACMA page 2214 - 2216 of 5092)

DDD. 10/16/07 Email from Bill Fenner to Tommy Hench re: Resignation – 2 Week Notice (marked as ACMA page 2208 of 5092)

EEE. 10/23/07 Email from Tommy Hench to Bill Fenner & John Bowerman Re: Change Parts (marked as ACMA page 1181 - 1182 of 1407)

FFF. 10/27/07 Memo re: Line 2 Filler Failure by Surefil (marked as Rule 26-002933)

GGG. 10/27/07 Email from Emanuele Saccani to Bill Fenner re: Omron Camera at Surefil (marked as ACMA page 1550 - 1551 of 5092)

HHH. 10/27/07 Email from Emanuele Saccani to Doug Herr re: Surefil (marked as ACMA page 1174-1175 of 5092)

III. 10/31/07 Memo from Craig R. Courts to John Bowerman re: Items to Commission / Fix ACMA Filler (marked as ACMA pages 84-86 of 1407)

JJJ. 12/7/07 Email from Craig Courts to Guiseppe Marcante re: ACMA Filler Problems (marked as ACMA page 719 of 1407)

KKK. 12/14/07 Email from John Bowerman to Davide Sarti re: ACMA Filler Problems (marked as ACMA page 543-547 of 1407)

LLL. 12/31/07 Email from Guiseppe Marcante to Craig Courts re: Monoblock M05 28/12-150, s/n 1132M1 (marked as Rule 26-004652 - 004654)

MMM. 1/8/08 Letter from Anthony A. Pearson, Esquire to ACMA U.S.A.

NNN. 1/9/08 Memo by Paul Arnett re: Voicemail Message (marked as Rule 26-002325 - 002326)

OOO. 1/31/08 Letter from W. R. Baldwin, III, to Anthony A. Pearson, Esquire

PPP. 2/1/08 Email from Emanuele Saccani to Doug Herr re Filler Program (marked as Rule 26-003784-3785)

QQQ. 2/2/08 Email from Bill Fenner to John Bowerman re: Surefil Machine Issues (marked as ACMA page 1458 of 5092)

RRR. 2/8/08 – 2/16/08 ACMA Liquid Division Coriana – Ocea Service Form for Andrea Busi (marked as ACMA page 1079 of 1407)

SSS. 3/20/08 Email from Susan Weaver to Janet Baroody re: Surefil Requesting RA# and full refund less freight (marked as Rule 26-003182)

TTT. 4/8/08 Email from Guiseppe Marcante to John Bowerman re: Surefil (from ACMA's "pst" production on August 13, 2008)

UUU. 5/1/08 Memo by Bruce Houseman re: ACMA Filler State Parameters Error (marked as Rule 26-002416)

VVV. Report dated May 23, 2008 by Christopher E. Simmons

WWW. 9/5/08 Letter from Christine A. Williams, Esquire to W.R. Baldwin, III, Esquire

- XXX. Photographs of machine (marked as ACMA page 1148, 1149 and 1160 of 1407)
- YYY. Video of machine taken at end of Mike Tracy's deposition on September 8 2008 (demonstrative)
- ZZZ. Video of machine (demonstrative)

SUREFIL, LLC,

By /s/ Christine A. Williams
Of Counsel

Bruce M. Marshall, Esquire (VSB #18093)
Christine A. Williams, Esquire (VSB #47074)
DurretteBradshaw, PLC
600 East Main Street, 20th Floor
Richmond, Virginia 23219
Telephone: (804) 775-6900
Facsimile: (804) 775-6911
bmarshall@durrettebradshaw.com
cwilliams@durrettebradshaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 31st day of October, 2008, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to:

W. R. Baldwin, III, Esquire
W. Reilly Marchant, Esquire
Marchant, Honey & Baldwin
5600 Grove Avenue
Richmond, Virginia 23226

/s/ Christine A. Williams
Christine A. Williams
DurretteBradshaw, PLC
600 East Main Street, 20th Floor
Richmond, Virginia 23219
Telephone: (804) 775-6900
Facsimile: (804) 775-6911
cwilliams@durrettebradshaw.com