**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**


ACMA USA, INC.,

      Plaintiff/Counterclaim Defendant,


v.                                **Civil Action No. 3:08CV0071**


SUREFIL, LLC,

      Defendant/Counterclaim Plaintiff.


### EXCERPTS FROM THE DEPOSITION OF
### <u>ROBERT FARMER TO BE READ INTO EVIDENCE</u>

Pursuant to the Court's Pretrial Scheduling Order, Defendant, Surefil, LLC, served designated deposition testimony of Robert Farmer on Plaintiff, ACMA USA, Inc. ("ACMA"), on October 29, 2008, to which ACMA did not object or serve counter-designations.

Defendant hereby submits the designated deposition testimony of Robert Farmer, which was stenographically recorded on August 20, 2008, to be read into evidence during the trial of this case.

Page 4:

    25   Q.   Sir, would you tell us, please, your full name?

Page 5:

    1   A.   Robert Farmer.

    8   Q.   Was there a time in 2006 and 2007 that you did any work for a

    9       company called Surefil, LLC located in the Grand Rapids area?

10  A.   In 2006, yes.

11  Q.   And during what time were you working with Surefil?  Do you

12      remember the beginning month and the ending month?

13  A.   Sure.  I have a record of it and the days I was there.  It

14      started in January.

15  Q.   Of?

16  A.   Of 2007.

17  Q.   Okay.

18  A.   And it's right through my retirement.  And it went basically

19      through, as you will see through my initials in this thing,

20      to -- you know, through the -- it was summer, and then as

21      things kind of started working there or whatever, I was going

22      out there and I have a register of that.  The agreement I had,

23      unless I was there for a full eight hours, I didn't request

24      any pay for that.  So I finally got to the point after, like

25      -- October, November was about the last time I was out there

Page 6:

1      a couple of times.  Kept in touch and told them, "If you need,

2      you know, some assistance, I'll help.  Give me a call."

3          And so I was basically -- I would go out there for,

4      you know, two to three hours.  And there was always somebody

5      wanting to talk to me or whatever.  And then eventually my

6      wife was saying, like, "Hey, you're retired; you're supposed

7        to be home helping us baby-sit and do things around the home,"

8        you know, or whatever.  But it was January through the fall

9        months.

12  Q.    Now, I take it, obviously, that you had a career before you

13        went to work for Surefil?

14  A.    Oh, yeah.  Forty-four years.

15  Q.    Could you summarize for me, please, what you did during those

16        44 years?  I don't need all the details, just a quick view of

17        the work that you did and for whom you worked.

18  A.    I worked -- I was hired directly out of college by Anheuser

19        Busch.  I worked for them for, I think, 13 years in an

20        engineer capacity.  And then I worked -- moved to another

21        company, Pabst Brewing Company.  And there was a gap in

22        between there.  I was in the Philippines for a couple of

23        years.  But basically for 44 years, I've been doing

24        engineering work, you know, for packaging and process.

25  Q.    Now, while you were at Surefil, do you recall Surefil's

Page 7:

1        putting together a second production line?

2  A.    Putting together.  It was pretty well a done deal by the time

3        I became involved.  Things had been ordered, layouts had been

4        made, and so on and so forth.

5  Q.    And as a part of that process, did you have any

6       responsibilities that took you to Italy to look at the

7       filler/capper machine that was intended to be used on that

8       line two?

9   A.   Yes.  Once I was kind of -- Bill had gotten me involved with

10       what was going on.  They were putting up a new building next-

11       door and stuff.  I made it apparent to him that I had --

12       through some major projects years ago, I had worked and

13       purchased a number of pieces of equipment from ACMA GE

14       Coriani.  In fact, still had quite a few contacts.  I felt if

15       he wanted me to, I could make a couple of phone calls and

16       maybe see if I can get things back on track.

17   Q.   And did your work for Surefil actually take you to Italy?

18   A.   Correct.

19   Q.   What was the purpose of your traveling to Italy as you

20       understood it?

21   A.   To more or less witness the final assembly and some testing

22       of change parts and stuff and crating and shipping,

23       preparation to ship the equipment so we could get it back to

24       Grand Rapids and install it.

25   Q.   Are you familiar with the phrase "factory acceptance test"?

Page 8:

1   A.   FAT.  Sure.  It's one of four tests.  Typically a lot of

2       pharmaceutical companies have a number of tests leading to

4

3     that and after that, but, yes.

4  Q.   And was that part of your purpose for going to Italy?

6         THE WITNESS:  I would say no, because I don't think

7     they were prepared to do what I would consider a full FAT.  I

8     mean, there's kind of like a statistical procedure that people

9     follow primarily through the pharmaceutical companies.  But my

10     purpose, I think, was to try to see if we could get the thing

11     put together and ready to ship.

12     BY MR. BALDWIN:

13  Q.   While you were in Italy, did you witness this machine?  Did

14     you -- were you able to look at the machine?

15  A.   Sure.

16  Q.   Were any tests or operations run with that machine?

17  A.   There was some limited, yes.  I mean, I was there

18     virtually -- I believe it was the 12th or 13th of March,

19     moved from -- through one of the contacts.  They brought me

20     from Bologna to Mantua and then we went down into the

21     factory.  So we basically went there primarily every day,

22     every morning, for the entire day and was out on the floor

23     with a couple of guys working on the machine.  And the

24     technician that they hired for the United States was going

25     to be assisting in the installation.

Page 13:

4 Q. Do you recall making any agreement on behalf of Surefil in or

5     about June of 2007 relating to work done by Mr. Hench or by

6     anybody else at ACMA there at Surefil?

7 A. June 7th [sic]? No. There was -- probably during that time

8     frame, there was a number of the issues that had come up

9     during the installation and start-up and debugging that -- you

10    know, those guys coming and going. I never made any kind of

11    agreement or phone calls to those guys, like, "I need you to

12    be here" or whatever, so --

13 Q. Specifically do you remember ever speaking with Bill Fenner

14    regarding requesting any kind of assistance at Surefil?

15 A. Not specifically, no. It was from phone calls back and forth,

16    but, I mean, I think all those people were well aware of

17    our -- some of the problems and was trying to work with

18    Surefil.

23 Q. Mr. Farmer, when you were in Italy, do you remember when the

24    cap fill was delivered to ACMA from the third party who was

25    manufacturing it?

Page 14:

1 A. The cap sorter.

2 Q. Yes. I'm sorry.

3 A. There's a difference. It was built by an outside company.

4     I'd have to see a map because we went up there twice.  A

5     couple of hours drive from Coriani north, towards -- anyway

6     north.  It was a company.  They actually had a Coriani guy go

7     up there the morning -- as I recall, the morning we were going

8     to crate the machine, the big part of the machine, the

9     capper/filler, and pick it up and bring it back so it could be

10     part of the shipment.

11  Q.   So was the cap sorter ever attached to the complete machine in

12     Italy?

13  A.   No.  It was not.

Page 16:

1          (Marked for Identification - Ex. No. 3)

2     BY MS. WILLIAMS:

3  Q.   Mr. Farmer, in the middle of this document right here --

4  A.   Uh-huh.

5  Q.   -- you see in kind of the bold it says, "Bob Farmer,

6     bfarmer@surefil.com wrote," and it says, "Neil, we have been

7     fighting numerous electronic issues for the last several

8     weeks"?

9  A.   Uh-huh.

10  Q.   Do you recall writing that e-mail?

11  A.   Yeah.  I'm trying to put who Neil Adams is now, but -- yes, I

12     remember this.

13   Q.   Okay.  At the bottom there --

14   A.   Account manager.  Okay.  Oh, yeah, yeah, yeah.  This is the

15      guy from Italy.

Page 19:

1   Q.   So was the camera attached to the complete machine while you

2      were in Italy?

3   A.   Yes.  It was not -- it was kind of installed, but it wasn't

4      really tested in any serious amount.

SUREFIL, LLC,

By____/s/_____Christine A. Williams
               Of Counsel

Bruce M. Marshall, Esquire (VSB #18093)
Christine A. Williams, Esquire (VSB #47074)
DuretteBradshaw, PLC
600 East Main Street, 20th Floor
Richmond, Virginia  23219
Telephone:  (804) 775-6900
Facsimile:  (804) 775-6911
bmarshall@durrettebradshaw.com
cwilliams@durrettebradshaw.com
Counsel for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of November, 2008, I will electronically file

the foregoing with the Clerk of Court using the CM/ECF system, which will then send a

notification of such filing (NEF) to:


W. R. Baldwin, III, Esquire
W. Reilly Marchant, Esquire
Marchant, Honey & Baldwin
5600 Grove Avenue
Richmond, Virginia  23226



  /s/   Christine A. Williams   
Christine A. Williams, Esquire
DuretteBradshaw, PLC
600 East Main Street, 20th Floor
Richmond, Virginia  23219
Telephone:  (804) 775-6900
Facsimile:  (804) 775-6911
cwilliams@durrettebradshaw.com