**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**


ACMA USA, INC.,

      Plaintiff/Counterclaim Defendant,


v.                                                  **Civil Action No. 3:08CV0071**


SUREFIL, LLC,

      Defendant/Counterclaim Plaintiff.


**EXCERPTS FROM THE DEPOSITION OF
CHRISTOPHER SIMMONS TO BE READ INTO EVIDENCE**

Pursuant to the Court's Pretrial Scheduling Order, Defendant, Surefil, LLC, served designated deposition testimony of Christopher Simmons on Plaintiff, ACMA USA, Inc. ("ACMA"), on October 29, 2008, to which ACMA did not object or serve counter-designations.

Defendant hereby submits the designated deposition testimony of Christopher Simmons, which was stenographically recorded on September 8, 2008, to be read into evidence during the trial of this case.

Page 5:

    5  Q.  Could you state your name, please?

    6  A.  My name is Christopher Eric Simmons.

    7  Q.  And what is your current occupation, Mr. Simmons?

    8  A.  I currently work for Hewlett Packard on the Delphi

    9      account in charge of global security on the Delphi.

10  Q.  And what is global security on the Delphi?

11  A.  Fundamentally, if -- there are different facets of HP

12      on the Delphi account, there's many different

13      divisions of CSC, which is another large company,

14      EDS, which I think a lot of you are familiar with,

15      and, of course, HP and Delphi themselves, and if

16      they're requiring security to any particular server,

17      which is over 4,000 servers, I'm probably the one

18      involved in giving elevated privileges.

19  Q.  Mr. Simmons, you've been asked to testify on behalf

20      of Surefil in this case?

21  A.  Yes, sir.

22  Q.  And if you could tell the jury how you came about

23      being involved in it, on what occasion, and then

24      we'll talk about what you have divined from that

25      involvement.

Page 6:

1  A.  Sure, sure.  I was approached by another associate

2      that I've worked with who had mentioned that there

3      was an individual company that was looking for having

4      some assistance in evaluating a particular challenge

5      they had with some computer systems, and so I was

6      asked to see if I'd be interested in analyzing it.

7        Since I have my own personal company on the

8        side that I actually work and do extra work for, I

9        agreed that I would take a look at the issue that the

10        company had, and that issue, of course, was Surefil.

11   Q.   And what was it specifically you were going to look

12        at at Surefil?

13   A.   Specifically needed to analyze a particular computer

14        system, analyze what was any challenges with it and

15        its operating performance, and also see if there is

16        any problems with it not performing what it was

17        expected to be.

22   Q.   So when did you first come to the Surefil facility?

23   A.   I came to Surefil -- and I just want to make sure I

24        don't make any mistakes there -- but it was back

25        approximately four months ago.  It was around the

Page 7:

1        23rd of May, somewhere in May, so pretty towards the

2        end of the month there.

3   Q.   And what were you asked to look at?

4   A.   I was asked to look at a particular computer system

5        that ran some equipment on the shop floor.

6   Q.   Do you know what equipment it ran on the shop floor?

7   A.   I'm not sure if I know the exact name.  It was an

8       ACMA product, but I mean, it actually was used to

9       fill fluids in a bottle and it was for a particular

10       manufacturer, a large manufacturing company.

11   Q.   And what were you specifically asked to look at on

12       the ACMA machine?

13   A.   Sure.  I was specifically asked to look at the

14       current computer that's in place that's running the

15       system, and then also to look at a piece of another

16       computer system that was actually replaced by the new

17       one and analyze its performance and workability.

18   Q.   Okay.  You talked about the current computer that was

19       running the system.  Is that operating okay?

20   A.   The one that's in place now as of the date that I was

21       in, it was working properly.

25   Q.   And how about the other computer?

Page 8:

1   A.   At the time that I analyzed, the other computer was

2       working, but it was not working with the equipment

3       that was on the shop floor, the ACMA production

4       bottle line system, and it was actually not in

5       place.  It was actually had already moved it off of

6       production and put it in a secure location.

7   Q.   And what were you looking at -- that older computer,

4

8      we'll call it that way, what were you looking at that

9      older computer for?

10  A.  Sure.  What I was looking at the old computer is to

11      make sure it was functioning properly, that the

12      system would boot up and it would be able to run what

13      a normal computer system would run, and then we also

14      needed to analyze if there was some issues with any

15      power supply or analyze with any challenges with it

16      not working what the predicted specs were.

17  Q.  Why were you looking at the power supply issue?

18  A.  Because there had been some discussions that there

19      might have been some challenges with communicating to

20      the equipment and there could potentially have been

21      some power issues that had happened.

22  Q.  So what did you do when you examined the computer?

23  A.  I brought the computer up in a very secure,

24      ventilated area and analyzed some simple testing

25      techniques to make sure that the operating system was

Page 9:

1      working, making sure I could communicate with the

2      mouse and the keyboard, making sure to look at some

3      event logs to make sure that they were giving me any

4      information to give me some ideas of what any

5      potential problems were going on with the computer

6      system; analyzed any of the additional cards or

7      anything additionally attached to the system and see

8      if there was any problems in those areas.

9  Q.   Okay.  And what did your examination determine?

10  A.   During my analysis I found that the computer system

11      worked properly.  It booted properly.  The mouse and

12      keyboard, the initial things attached to it didn't

13      have any issues into them.  The event log didn't

14      really have too many error problems with the actual

15      computer system.

16          During that process I also did look to make

17      sure there was some battery backups or some type of

18      support in case power failure had happened with the

19      system, and all of that had been working good.

20          There was a challenge with a specific

21      internal card that connects directly to the bottling

22      equipment or the external device that's there --

23      equipment I should say -- and that I noticed there

24      were some burnt marks and then there was also some

25      resistors that had popped -- or I use pop, but, you

Page 10:

1      know, the example that they had snapped off or you

2    could see that they were broken.

3        So as I noticed that, I was then curious to

4    find out how that could have happened, and

5    considering that the main power supply to the

6    computer equipment was working properly, it didn't

7    seem to -- the battery backup or the APC was not

8    working incorrectly and it didn't show any failures.

9        One side note:  Because I was trying to

10    figure out the problem, I specifically made sure that

11    the battery backup was connected to that computer

12    system.  I followed all of the hard wire connections,

13    followed it back into the location where it was

14    plugged into the surge protector.  Then I also did a

15    test for a power-to-power failure.  It was a very

16    simple switch to see if the battery backup unit did

17    work, and the backup battery unit did work and it did

18    automatically shut down the system, and so I was

19    feeling pretty confident that that part was working.

20    And considering that it was the original APC that had

21    been in place for over a year I was told, it seemed

22    to be doing it effectively.

23        Just to be kind of sure, I did contact APC

24    and I did ask if there was any chance of there being

25      some type of power fluctuation that could have came

Page 11:

1       through the battery backup system and still do any

2       damage to the computer system, and they said that if

3       there had been some type of surge or brownout, it

4       should have and would have taken out the APC battery

5       backup first, and I think in my notes here I did get

6       a document from them that referred to that note

7       there.

8            So I hope I haven't gone too far.

9   Q.  That's all right.  The card, the internal card that

10      you talked about that had the burnt marks and the

11      resistors that popped off, what was the purpose for

12      that card?

13  A.  It had a very key purpose.  It is actually what

14      controls the bottling equipment for Surefil.  There

15      is only one connection that goes to that particular

16      card, and that card feeds into the equipment and has

17      different channels that go to separate different

18      parts within that piece of equipment.

19  Q.  This is a computer card?

20  A.  Yes, sir.

21  Q.  And it's not the only computer card in this computer?

22  A.  Yes, sir, that is correct.  There is also what they

23      call a NIC card, or Network Interface Card computer

24      card, but fundamentally every one of us are used to

25      taking your computer and, you know, if you have a

Page 12:

1      fast Internet connection at home, plugging a cable

2      in.  That is also an external card that is applied to

3      the computer system, and that was in place and that

4      was working properly without any errors.

5  Q.  So this card was making the communications between

6      that card and the Surefil machine?

7  A.  Yes, sir.

8  Q.  Called bus cards?

9  A.  Yes, sir.

10  Q.  And what did you determine or did you determine --

11      you saw that there were burnt marks and resistors

12      that had popped.  What did that mean to you?

13  A.  Well, for that to have happened to the card in such a

14      way -- there's only two ways that power could have

15      came in:  It would have came in from the mother board

16      of the actual computer system or it would have came

17      in through a cable that connects to the card, and

18      since there was no other damage within the mother

19    board, the power supply, or the computer system

20    itself, that only left one other avenue for the power

21    supply to have come in, and at some point through the

22    connection to that card there had been an influx of

23    power that had overwhelmed the card and caused those

24    resistors to be in the shape that they are now.

25  Q.   And the wire, that wire went from the card to what?

Page 13:

 1  A.   That wire directly fed into the bottling equipment

 2      that runs the filling of the bottles of the shampoo,

 3      I believe, that went into the system, and there were

 4      direct leads to that.  It was specifically purple, so

 5      it was a very unique type cable, so it was very easy

 6      to see where it went to and where it actually split

 7      into its different facets into the equipment.

 8  Q.   Was there any -- did you examine the cable?

 9  A.   Yep, I did examine the cable, and one of the things

10      that I noticed is that as the cable goes to -- and

11      let me just give a little better clarification.  This

12      piece of equipment, this bottling equipment, is quite

13      large, and there are different pieces that -- or

14      different pieces of equipment that this computer

15      system controls as it processes its equipment there,

10

16      and so you can see where the cable goes and where it

17      splits and goes to different parts of the piece of

18      equipment.

19            It was very interesting that as the cable

20      went, you could see that the cable management was all

21      together at one point, but there was this unique

22      cable that split off from the original cable that you

23      could see was out of scope or was out of space, I

24      mean, it just shouldn't have been there, and if you

25      got to following that wire, we could see that the

Page 14:

1    wire had became frayed and it didn't just become the

2     plastic off a little bit, it was cable, then wire,

3     and then cable again, and there was an area where it

4     specifically had been worn.

5   Q.  Could you draw any conclusions from that?

6   A.  Based that that cable directly connected back to the

7      computer system and you could see where -- and I'm

8      going to use an electrical term -- how it arcked or

9      the electricity sparked, you could see where that had

10     actually happened right there in the area.  And

11     obviously you can't see the report yet, but in the

12     report I do have a picture of what that wire looked

13      like and it is quite frayed.

14              MR. MARSHALL:  I'm going to move to have

15      this marked as Exhibit 1 to –

24   (By Mr. Marshall) Mr. Simmons, I ask you to look at

25      what's been marked as Simmons Exhibit Number 1 and

Page 15:

1      ask if that demonstrates or that shows the wire that

2      we're talking about that was frayed and then arced?

3  A.   Yes, sir, this is the wire that did cause that issue.

4  Q.   Okay.  And how does the wire that's frayed and

5      arced, what does that have to do with the card, the

6      bus card that is -- that was burnt marked and was

7      missing some of the transistors?

8  A.   Well, being that wire, of course, needs to be

9      shielded so that it doesn't cause, you know, any

10      arcking or any power to be spread out, you could see

11      this directly led back to the card that connected the

12      computer system, which obviously caused the power arc

13      that was there, and any piece of wire that doesn't

14      have any clear shielding and touches against any

15      other type of metal can obviously create a large

16      challenge for the power and surging computer

17      equipment.

18  Q.  And with that bus card being in that condition, was

19      the computer able to communicate any further with the

20      machine?

21  A.  No, no.  Actually -- and I did bring in another

22      picture that actually shows the actual resistors that

23      were here, and you could see where it actually -- and

24      I use the word pop -- it literally just popped off of

25      the card, and then you can also see that the second

Page 16:

1      one did that as well, and there's three of them that

2      are actually there that are part of this.

6           MR. MARSHALL:  Sure, I will be happy to do

7      that.  I will have this marked as Exhibit 2.

8           THE WITNESS:  I was just hoping to make

9      sure that I was clear, so.

10              (Exhibit 2 marked.)

11  Q.  (By Mr. Marshall) My question -- and I don't know if

12      you've answered this question or answered another

13      question, so I need to ask it again, my question is,

14      once the sparking occurs, the arcing occurs and what

15      happens to that bus card happened to the bus card, is

16      the computer able to communicate with the rest of the

17      machine?

18  A.  No.  With those transistors not connected to the

19      actual board, the -- and it's in two places that it

20      cannot -- you know, you cut a wire, the power won't

21      go through there -- and fundamentally, you disrupt

22      the flow of, you know, the power going through the

23      card, it obviously won't flow.

24  Q.  Is there anything that could be done or could have

25      been done to avoid an arcking in a cable from

Page 17:

1      affecting the card the way it did?

2  A.  You could do a few things, and one of the things that

3      I would definitely look at is trying to put some type

4      of protection along that wire, either fuse or some

5      type of cable going in, then a surge protection and

6      then on the other way.  You know, those would be the

7      simplest way to try to, you know, not allow that to

8      happen, because these computer systems today are

9      very -- they are complex, and, you know, there need

10      to be a lot of protection in place to make sure that

11      things like that won't happen.

12  Q.  Okay.  And did you look at this computer to determine

13      if any of those protections had been put in place?

14  A.  I did, and I did do a pretty detailed analysis of

15      that, and I could not find any protection in place.

16      As a matter of fact, I don't believe there is still

17      any protection in place as of the last time that I

18      was in on the new system.

24  Q.  Do you have any opinion as to where this power surge

25      came from or where this arcking came from?

Page 18:

1  A.  My opinion is that this -- the card having the damage

2      that was done to it specifically came from this wire

3      arcking along some metal equipment that produced the

4      power surge back to that card.

5  Q.  And these opinions are held by you as somebody that's

6      trained in this industry?

7  A.  I believe so.  I've been in it for almost 15 years.

8  Q.  And you hold these opinions with a reasonable,

9      probable view?

10  A.  Yes, sir, I do.

SUREFIL, LLC,

By    /s/    Christine A. Williams
             Of Counsel

Bruce M. Marshall, Esquire (VSB #18093)
Christine A. Williams, Esquire (VSB #47074)
DuretteBradshaw, PLC
600 East Main Street, 20th Floor
Richmond, Virginia  23219
Telephone:  (804) 775-6900
Facsimile:  (804) 775-6911
bmarshall@durrettebradshaw.com
cwilliams@durrettebradshaw.com
Counsel for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of November, 2008, I will electronically file

the foregoing with the Clerk of Court using the CM/ECF system, which will then send a

notification of such filing (NEF) to:

W. R. Baldwin, III, Esquire
W. Reilly Marchant, Esquire
Marchant, Honey & Baldwin
5600 Grove Avenue
Richmond, Virginia  23226

 /s/  Christine A. Williams
Christine A. Williams, Esquire
DuretteBradshaw, PLC
600 East Main Street, 20th Floor
Richmond, Virginia  23219
Telephone:  (804) 775-6900
Facsimile:  (804) 775-6911
cwilliams@durrettebradshaw.com