# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# Richmond Division

ACMA USA, INC.,

    Plaintiff/Counterclaim Defendant,

v.                                           Civil Action No. 3:08CV0071

SUREFIL, LLC,

    Defendant/Counterclaim Plaintiff.

## EXCERPTS FROM THE DEPOSITION OF
## RANDALL J. CHIPMAN TO BE READ INTO EVIDENCE

Pursuant to the Court's Pretrial Scheduling Order, the parties served designated deposition testimony of Randall J. Chipman on October 29, 2008. The parties then filed counter-designations and objections.

The parties hereby jointly submit the designated deposition testimony of Randall J. Chipman, which was stenographically recorded on August 19, 2008, to be read into evidence during the trial of this case. Counsel for the parties agree these excerpts reflect their interpretation of the Court's rulings as made in open court on November 14, 2008.

Page 5:

  7  Q.  Tell us please, sir, your full name?

  8  A.  Randall J, initial J, Chipman.

  9  Q.  And what is your current home address?

 10  A.  4642 Pinefield Avenue, Portage, Michigan 49024.

 11  Q.  And what is your current business address?

12  A.   Surefil, Danvers Avenue, Grand Rapids.  I'm not sure of the

13       street address.

14  Q.   Okay.  Have you ever given testimony under oath before, sir?

15  A.   No.

Page 6:

 6       Would you give me, please, your formal education?

 7       I assume that you have a high school diploma?

 8  A.   I have a high school education, yes, I do.

 9  Q.   And do you have any formal education after high school?

10  A.   I have a B.S. in biology.

11  Q.   And from --

12  A.   Nazareth --

13  Q.   -- what institution?

14  A.   Nazareth College, Kalamazoo, Michigan.

15       I also have a bachelor's of business

16       administration from Nazareth College; I have an associate's

17       in applied science and industrial technology from Kalamazoo

18       Valley Community College.

19  Q.   And what year did you get the associate's degree?

20  A.   1985, I believe.

21  Q.   When did you go to work for Surefil?

22  A.   June 25th, 2008.

23  Q.   What is your current position?

24  A.   Director of manufacturing.

25  Q.   Would that be referred to as the plant manager?

Page 7:

1  No.

2  Q.   Does Surefil have a plant manager?

3  A.   Yes, they do.

4  Q.   And who is the plant manager?

5  A.   Paul Arnett.

6  Q.   Describe your duties as director of manufacturing.

7  A.   I'm in charge of the warehouse distribution, receiving,

8      production, manufacturing; plant manager reports to me.

9  Q.   And what does the plant manager do?  What is his job

10     description?

11  A.   Detailed production, maintenance.

12  Q.   Before going to -- in the period before you went to work for

13     Surefil, would you summarize for me, please, your employment

14     history and what you did in each of the different positions

15     you've held?

16  A.   I worked at Pfizer for 21 years.

17  Q.   And what did you do in your various capacities at Pfizer?

18  A.   My last position was operations manager over dry products

19     packaging; prior to that I had dry products mixing,

20     blending, and granulating; prior to that I was in quality

21    assurance.

25  Q.   And after Pfizer did you go to Surefil or did you have

Page 8:

 1    another stop?

 2  A.   I went to Perrigo for a year and worked in validation, as a

 3       validation engineer, for six months; and then I went to

 4       compressing for six months as a supervisor.

13  A.   After Perrigo I went to Cardinal Health, which is now

14       Catalent, in Philadelphia, as director of operations for

15       bottle packaging.

Page 10:

14  Q.   And would you agree that there are two production lines at

15       Surefil?

16  A.   There are two, and we have a hand line.

17  Q.   And line one, would it be correct, is often referred to as

18       the Ronchi --

19  A.   That's --

20  Q.   -- line, R-o-n-c-h-i?

21  A.   That's correct.

22  Q.   And then line two is the ACMA line?

23  A.   That's correct.

Page 12:

 6  Q.   What did he tell you during that interview with respect to

7      the relationship between ACMA and Surefil?

8  A.   That there was difficulties getting parts, that there was

9      some friction between the two companies.

Page13:

5  Q.   Had you -- your prior experience makes it seem like you

6      probably hadn't had prior experience with capper/filler

7      machines such as the Ronchi machine at Surefil or the ACMA

8      machine.  Is that a correct supposition?

9  A.   No, it's not.

10  Q.   All right.  What kinds of experience have you had with

11      bottling machines?

12  A.   That's all we did.  We had bottle machines at Pfizer and at

13      Cardinal Health, were all bottle machines.  So we -- they

14      were all capped.

15  Q.   What brands of machines were used at Pfizer?

16  A.   We had Weiler cappers.

17  Q.   And how about bottling machines?

18  A.   Lasko fillers.

19  Q.   But no -- no Ronchi machines and no ACMA machines?

20  A.   No.

Page 22:

6  Q.   Does the ACMA machine -- has the ACMA machine been involved

7      in any production since you've been at Surefil?

8  A.  Yes, it has.

   9  Q.  Do you have any idea why Mr. Hunt would be saying it doesn't

  10      work?

  12  A.  We have -- in my experience we have -- when we purchase

  13      equipment, the manufacturer stays there until the equipment

  14      is installed properly and runs properly. We have a head

  15      that does not fill, which causes us to have a lot of waste.

  16      And -- go ahead.

  18  Q.  So -- well, what -- what would the phrase "does not work"

  19      mean to you? To me it would mean doesn't work, don't use it

  20      in production. What does it mean to you?

  22  A.  It means that the head does not work. We have 28 heads on

  23      it that are supposed to fill, and we have one head that

  24      doesn't fill at all; it's erratic, it causes mess, it shuts

  25      down.

Page 23:

   2  Q.  Have you discussed with Mr. Hunt getting any -- trying to

   3      seek support from ACMA to fix that machine?

   4  A.  Yes, we have.

   5  Q.  And what did Mr. Hunt tell you when you asked him about

   6      that?

   7  A.  In the beginning it was, we don't get support from them, we

   8      have to fix it yourself.

Page 25:

```
12  Q.  Have you made inquiry to the people who worked for you as to
13      what kind of training they have had in the operation of the
14      ACMA machine?
15  A.  I've discussed it with Paul; and until this, I haven't heard
16      much about the training.
17  Q.  What did -- and Paul is Paul Arnett?
18  A.  Correct.
19  Q.  What did he tell you about training?
20  A.  That a gentleman -- Anders?  Andre? -- and Tommy, and some
21      of the other people from ACMA, and -- Finch?  Finn?
22  Q.  Hench, H-e-n-c-h?  Does that --
23  A.  No.
24  Q.  -- ring a bell?
25  A.  No.  The gentleman from -- why can't I think of his name.
```

Page 26:

```
 1      Finn?  Finner?
 2  Q.  Fenner?
 3  A.  Fenner was up.  And so it was hands-on there.  And they
 4      indicated that they had gone down for some training but it
 5      was not very thorough.
13  Q.  Now, when you were at Pfizer, were you involved in any of
14      the commissioning of any of the bottling machines, filler
```

15      machines?

16  A.  Yes, I was.

17  Q.  When a machine like that arrives on site, do you expect to

18      plug it in and put it into production within a day or so of

19      its arrival?

20  A.  No, you -- I don't.

21  Q.  You would agree, would you not, that it's typically a

22      multi-week process to install the machine, adjust the line,

23      test the machine, go through various production cycles at

24      various speeds, et cetera?

25  A.  Yes.

Page 27:

2  A.  Yes, I would.

4  Q.  If it were you who were in charge of the production line,

5      would you ever expect a filler/capper machine to arrive, be

6      connected to the line, and almost immediately go into

7      production?  By "almost immediately," within a matter of

8      days?

9  A.  No.

10  Q.  Would you -- if you were to make that demand upon the

11      company that provided the capper/filler, would you expect

12      them to object to putting the machine into production that

13      quickly?

16  Q.   Or is it -- or to rephrase, was it something you would never

17       even contemplate asking them?

19  A.   It's highly unlikely that you would ask a company to do that

20       in a couple days.

22  Q.   Are you aware of whether that happened with respect to the

23       installation of the ACMA machine?

24  A.   No, I'm not.

Page 33:

 8  Q.   So if -- if ACMA says the machine is capable of 240, do you

 9       take that as being a promise that the machine will run

10       240 regularly?

11  A.   Yes.

Page 38:

13  Q.   Have you had any discussion with anybody at Surefil about

14       the long-term plans of Surefil for the ACMA line?

15  A.   Yes, we have.

16  Q.   And what are the nature of those plans?

17  A.   To get it running correctly and -- any way that we can, have

18       our people look at it and see if we can't fix it.

19  Q.   And -- and what is it that Surefil is planning to do to get

20       the machine, in your phrase, running correctly?

21  A.   What I've seen so far is they've gone through a process of

22       elimination to see what the problem is and try to eliminate

23    all variables and try to see if they know exactly what the

24    problem is.

25 Q.   And would it be fair to say that so far Surefil has not been

Page 39:

1    successful?

3 A.   It's not my area of expertise, but we believe there -- the

4    motherboard is not operating correctly.

Page 41: Questions by Mrs. Williams:

18 Q.   I just have one quick question about -- Mr. Baldwin had

19    asked you a question in relation to the other machines on

20    line two and there being problems with those and them having

21    an impact on the line.  Have you been able to correct the

22    problems that come up with other components of the line --

23    when I say "other," other than the ACMA filler/capper -- as

24    they arise?

25 A.   Yes, we can.

Page 42:

1 Q.   Are you able to do that with the ACMA filler and capper?

2 A.   No, we can't.

| SUREFIL, LLC, | ACMA USA, INC. |
|---|---|
| | /s/ W.R. Baldwin, III |
| By /s/ Christine A. Williams | with permission by: |
| | /s/ Christine A. Williams |
| Of Counsel | Of Counsel |
| | |
| Bruce M. Marshall, Esquire (VSB #18093) | W. R. Baldwin, III, Esquire |
| Christine A. Williams, Esquire (VSB #47074) | W. Reilly Marchant, Esquire |
| DuretteBradshaw, PLC | Marchant, Honey & Baldwin |
| 600 East Main Street, 20th Floor | 5600 Grove Avenue |
| Richmond, Virginia 23219 | Richmond, Virginia 23226 |
| Telephone: (804) 775-6900 | Telephone: (804) 285-3888 |
| Facsimile: (804) 775-6911 | Facsimile: (804) 285-7779 |
| bmarshall@durrettebradshaw.com | billbaldwin@comcast.net |
| cwilliams@durrettebradshaw.com | ry@mthblaw.com |
| Counsel for Defendant | Counsel for Plaintiff |